# United States Court of Appeals
## For the First Circuit

No. 04-1519

MEGAN McLAUGHLIN,

Plaintiff, Appellant,

v.

BOSTON HARBOR CRUISE LINES, INC.,;
MODERN CONTINENTAL CONSTRUCTION CO., INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court, issued August 17, 2005, should be amended as follows:

On cover sheet: "<u>Brien E. Lewis</u>" is replaced with "<u>Brian E. Lewis</u>"

On cover sheet: After "<u>Carol B. Feinberg</u>," insert "Attorney, Office of the Solicitor,"

On page 2, line 6: Insert period after "Inc" so that "Boston Harbor Cruise Lines, Inc" becomes "Boston Harbor Cruise Lines, Inc."

On page 9, line 5: Abbreviate "<u>United States</u>" to "<u>U.S.</u>"